DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>)<br>JAMALL AUGUSTINE, )<br>)<br>Defendant. )<br>_____ ) | CRIMINAL NO. 2014/00030<br><br>POSSESSION OF PRISON CONTRABAND<br>SIMPLE POSSESSION OF MARIJUANA |

TO:  Honorable Wilma A. Lewis, Chief Judge
     AUSA Rhonda Williams-Henry
     Jeffrey B.C. Moorhead, Esq.
     U.S. Marshal Service
     U.S. Probation & Pretrial Services

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Fed. R. Crim. P. 11 and LRCr 56.1(b)(14)(A) and has entered a plea of guilty to Count 1 of the Indictment – Possession of Prison Contraband. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary as to Count 1 – Possession of Prison Contraband, is supported by an independent basis in fact containing each of the essential elements of such offenses. I therefore recommend that the plea of guilty be accepted and the Defendant be adjudged guilty and have sentence imposed accordingly

Dated: September 8, 2014

_____
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE